# Court of Appeals
# of the State of Georgia

ATLANTA,____August 03, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A2160. MARVIN BAPTISTE v. ALFRED CORRIERE.**

On April 27, 2015, the trial court entered an order dismissing a civil action filed by Marvin Baptiste. On June 11, 2015, Baptiste filed a notice of appeal from this ruling.

A notice of appeal must be filed within 30 days after entry of the appealable order. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012); *GMC Group v. Harsco Corp.*, 293 Ga. App. 707 (667 SE2d 916) (2008).  Because Baptiste filed his notice of appeal 45 days after entry of the order he seeks to appeal, this appeal is untimely.  It is therefore DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,_____08/03/2015_____
    *I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
    *Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____, *Clerk.*